**IN THE UNITED STATES DISTRICT COURT
OF THE MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

R.H. AND A.H., as Parents and
Guardians of R.H., a minor,

       CASE NO:

     Plaintiffs,

v.

DUVAL COUNTY SCHOOL BOARD
and KELSEY BETTS, individually,

     Defendants.

_____/

## <u>NOTICE OF REMOVAL</u>

Pursuant to 28 U.S.C. §§ 1441-1449 and Rule 1.06 of the Local Rules of the United States District Court for the Middle District of Florida, Defendant Kelsey Betts, files this Notice of Removal, and states:

1.     This case arises out of Plaintiff's claims for negligence and for civil rights violations pursuant to 20 U.S.C. §§ 1681 and 42 U.S.C. § 1983.

2.     On November 7, 2025, Plaintiff commenced this action in the Circuit Court for the Fourth Judicial Circuit, Duval County, Florida, Case No.: 2025-CA-007022; Div. CV-A.

3.     Defendant has not yet been served with the Summons and Complaint but was made aware of the pending action.

4.      In his Complaint, Plaintiff alleges violations of his civil rights pursuant to 20 U.S.C. §§ 1681 and 42 U.S.C. §§ 1983. The adjudication of his claims depends on the application of federal law.

5.      This Court has original jurisdiction over these claims under the provisions of 28 U.S.C. § 1331.  The action is therefore removable in its entirety under 28 U.S.C. § 1441(a).

6.      Pursuant to 28 U.S.C. § 1446(a) and Local Rule 1.06(b), a true and legible copy of the complete state court file is submitted herewith.

7.      Pursuant to 28 U.S.C. § 1446(b), this Notice of Removal has been timely filed within thirty (30) days of Defendant having notice of the action.

8.      Because this action is pending in the Circuit Court of the Fourth Judicial Circuit in and for Duval County, Florida, venue for removal is proper in this Court pursuant to 28 U.S.C. §§ 1391(b), 1441(a) and Middle District of Florida Local Rule 1.06(a).

9.      Pursuant to 28 U.S.C. § 1446(d), Defendant is serving this Notice of Removal on the adverse party and filing a copy of this Notice of Removal with the Clerk of the Fourth Judicial Circuit, Duval County, Florida. A copy of the Notice of Filing Notice of Removal is attached hereto as **Exhibit A.**

10.     By removing this action from County Court, Fourth Judicial Circuit in and for Duval County, Florida, Defendant does not waive service or process or any defenses available to her; this includes, but is not limited to, the

right to file motions pertaining to naming improper parties to this lawsuit, and Plaintiff's failure to state a cause of action in accordance with the Federal Rules of Civil Procedure 12(b)(6).

11.    By removing this action from County Court, Fourth Judicial Circuit in and for Duval County, Florida, Defendant does not admit any of the allegations of Plaintiff's Complaint.

**WHEREFORE**, Defendant Kelsey Betts respectfully requests that the action now pending in the Fourth Judicial Circuit, Duval County, Florida, be removed to this Court.

**DATED: JANUARY 14, 2026**

> **OFFICE OF GENERAL COUNSEL**
> **CITY OF JACKSONVILLE**
>
> */s/ HeatherAnn Solanka*
> **HEATHERANN M. SOLANKA**
> **ASSISTANT GENERAL COUNSEL**
> **LEAD COUNSEL**
> Florida Bar No.: 497347
> 117 West Duval Street, Suite 480
> Jacksonville, FL  32202
> Telephone: (904) 255-5068
> Facsimile: (904) 255-5120
> Primary E-mail: HMSolanka@coj.net
> Secondary E-mail: ERamirez1@coj.net
> *Attorney for Defendant*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 14th day of January 2026, I electronically filed the foregoing with the Clerk of Court by using CM/ECF system. I further certify that the foregoing document and notice of electronic filing will be provided to counsel for Plaintiff via email: j.gordon@maneygordon.com;d.mitchell@maneygordon.com;r.tondo@maneygordon.com;s.mahdieh@maneygordon.com

*/s/ HeatherAnn M. Solanka*

IN THE CIRCUIT COURT, FOURTH
JUDICIAL CIRCUIT, IN AND FOR
DUVAL COUNTY, FLORIDA

CASE NO.:    16-2025-CA-7022
DIVISION:    CV-A

R.H. AND A.H., as Parents and
Guardians of R.H., a minor,

     Plaintiffs,

v.

DUVAL COUNTY SCHOOL BOARD,
and KELSEY BETTS, individually,

     Defendants.

_____/

## <u>NOTICE OF FILING NOTICE OF REMOVAL</u>

Defendant, KELSEY BETTS, pursuant to 28 U.S.C. § 1446(d), hereby provides notice that

Defendant is removing this matter from state court by virtue of having filed a Notice of Removal

of this action to the United States District Court, Middle District of Florida, Jacksonville Division.

This state court action shall proceed no further unless and until the case is remanded.  A copy of

the Notice of Removal, without exhibits, is attached.

**OFFICE OF GENERAL COUNSEL**
**CITY OF JACKSONVILLE**

*/s/ HeatherAnn Solanka*
**HEATHERANN M. SOLANKA**
**ASSISTANT GENERAL COUNSEL**
Florida Bar No.: 497347
117 West Duval Street, Suite 480
Jacksonville, FL  32202
Telephone: (904) 255-5068
Facsimile: (904) 255-5120
Primary E-mail: HMSolanka@coj.net
Secondary E-mail: ERamirez1@coj.net
*Counsel for Defendant*

1

**EXHIBIT A**

2

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on January 14, 2026, this document was filed using the Florida Courts E-Filing Portal and is being served on all counsel of record by the Florida Courts E-Filing Portal, pursuant to and in compliance with Fla. R. Jud. Admin. 2.516.

*/s/ HeatherAnn M. Solanka*

2

**EXHIBIT A**